UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsd.uscourts.gov

CASE NO.: 1:15-CV-23337-CMA

ISSAC DIAZ, and all others similarly situated )
under 29 U.S.C. 216(b), )
 )
         Plaintiff, )
vs. )
 )
NAUTICA TRANSPORT, INC.; HARRY )
SARDINAS )
 )
         Defendants. )

**STATEMENT OF CLAIM**

      Comes Now Plaintiff by and through undersigned counsel and hereby files his Statement of Claim in support thereof states as follows:

**A.**    **Federal Overtime  (Half-Time Rate)**

    1.    Period of Claim:    December 12, 2012 through September 23, 2013

    2.    Number of weeks:    40

    3.    Regular hourly rate:    $4.76

    4.    Total hours worked per week on average:    84 hours per week

    5.    Approximate hours worked over 40 per week:44

    6.    Applicable Federal Minimum wage:    $7.25 per hour

    7.    Applicable half time rate:    $3.62

    8.    Calculation of overtime wages owed:    3.62/hr x 44hrs/wk x 40 weeks=$6,371.20

    10.    Double Damages:    $6,371.20 multiplied by 2 =   $12,742.40

**B.**    **<u>Federal Minimum Wage</u>**

    1.    Period of Claim:    December 12, 2012 through September 23, 2013

    2.    Number of weeks:    40

    3.    Regular pay rate:    $4.76

    4.    Total hours worked:    84 hours per week

    5.    Hours claimed for minimum wage:    84 per week

    6.    Applicable Federal Minimum wage:    $7.25 per hour

    7.    Difference owed:    $7.25 – 4.76= $2.49

    8.    Calculation of minimum wage owed:    $2.49/hr x 84 hrs/wk x 40 wks = $8, 366.40

    9.    Double Damages:    $8,366.40 x 2 =$16732.80

**Total A and B= $29, 475.20**

Respectfully Submitted,

    Steven C. Fraser, Esq.
    J.H. Zidell, P.A.
    Attorney for Plaintiff
    300 71st Street, Suite 605
    Miami Beach, Florida 33141
    Tel: (305) 865-6766
    Fax: (305) 865 – 7167
    Email: steven.fraser.esq@gmail.com

    By:__/s/ Steven C. Fraser _____
        Steven C. Fraser, Esq.
        Florida Bar Number: 625825

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiff's Notice of Appearance was filed via CM/ECF to on this 4th day of September 2015.  As of September 4th, 2015 no attorney has made an appearance for Defendants.

By:__/s/Steven C. Fraser_____
     Steven C. Fraser, Esq.
     Florida Bar Number: 625825