UNITED STATES DISTRICT COURT
for the
Southern District of Florida
CASE NO.: 1:15-CV-23337-CMA

ISAAC DIAZ and all others similarly )
situated under 29 U.S.C. 216(b), )
                                )
          Plaintiff, )
  vs. )
                                )
NAUTICA TRANSPORT INC, )
HARY SARDINAS, )
                                )
          Defendants. )
_____ )

**ALIAS SUMMONS IN A CIVIL ACTION**

To: NAUTICA TRANSPORT INC            NAUTICA TRANSPORT INC
Registered Agent: Hary Sardinas    or    President: Hary Sardinas
405 NW 121st Street                          5600 NW 6th Street, #17
North Miami, Florida    33168             Miami, Florida 331326
Alhambra Heights

A lawsuit has been filed against you.

    Within 21 days after service of this alias summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Dec 1, 2015
_____



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ L. Harris
_____
Deputy Clerk
U.S. District Courts