UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-23337-CIV-ALTONAGA/O'Sullivan

**ISAAC DIAZ**,

      Plaintiff,
v.

**NAUTICA TRANSPORT, INC.**, *et al.*,

      Defendants.
_____/

## **ORDER**

**THIS CAUSE** came before the Court upon Plaintiff, Isaac Diaz's ("Plaintiff['s]") Motion to Re-Open/Reinstate Case . . . ("Motion") [ECF No. 18], filed January 8, 2016. On January 5, 2016, the Court dismissed this case as a result of Plaintiff's failure to perfect service or show cause within the time allotted by Federal Rule of Civil Procedure 4(m), even after the Court reminded Plaintiff of his deadline. (*See* Orders [ECF Nos. 10, 17]). The Motion seeks reinstatement of the case and an additional twenty days in which to perfect service on the basis Plaintiff's failure to comply with the Court's Orders and the Federal Rules of Civil Procedure was an inadvertent oversight, and if Plaintiff is required to re-file the suit, a part of his claim or claims will be time-barred. (*See generally* Motion).

      Counsel for Plaintiff, J.H. Zidell, P.A. ("Zidell") has found himself in this situation before, requesting the Court set aside orders or reinstate cases because of inadvertent oversights and excusable neglect by counsel. The Court has grown far too familiar with, and weary of, Zidell's frequently missed deadlines and mistakes — even after being issued orders to show cause or "reminders." (Mot. 2). Zidell's explanations normally blame colleagues and employees, but Zidell remains responsible for the disorganization under his name.

CASE NO. 15-23337-CIV-ALTONAGA/O'Sullivan

That said, the Motion informs the Court Plaintiff will be prejudiced without reinstatement on account of the statute of limitations. (*See id.*). Accordingly, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 18]** is **GRANTED** as follows:

1. The Clerk is directed to **REOPEN** this case.

2. Plaintiff shall perfect service upon Defendants and file proof of service by **January 28, 2016**. No further extensions will be granted.

3. Plaintiff **shall not** be entitled to recover any attorney's fees or costs that might be sought for work completed between and including the date of filing and today's date as a sanction for counsel's repeated noncompliance with the Rules and orders, and lack of professionalism.

**DONE AND ORDERED** in Miami, Florida, this 11th day of January, 2016.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record