# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| ISAAC DIAZ and all others similarly situated under 29 U.S.C. 216(b), <br><br> Plaintiff, <br> vs. <br><br> NAUTICA TRANSPORT INC. <br> HARY SARDINAS, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> 15-23337-CV-ALTONAGA |

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
NAUTICA TRANSPORT INC
Registered Agent: Hary Sardinas
2520 Coralway, #177 Suite 2
Miami, FL 33145

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: September 3, 2015



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Ahlai Israel
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 15- 2 3337 CV

PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Nautica Transport Inc Registered Agent: Hary Sardinas
was received by me on *(date)* 1/11/2016

☐ I personally served the summons on the individual at *(place)* 405 NW 121 ST
Miami, FL on *(date)* 1/11/2016 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Knock on gate, call out his name, a lady (Ms. Sardinas) white, short pink hair, looked through the door window, but Refused to open door, I announced myself and left documents at gate

My fees are $ 20.00 for travel and $ 20.00 for services, for a total of $ 40.00

I declare under penalty of perjury that this information is true.

Date: 1/15/2016

_____ 747
Server's signature

Frank Ayllon
*Printed name and title*

3000 Biscayne Blvd, Miami, FL
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| ISAAC DIAZ and all others similarly situated under 29 U.S.C. 216(b),<br><br>   Plaintiff,<br>vs.<br><br>NAUTICA TRANSPORT INC.<br>HARY SARDINAS,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     15-23337-CV-ALTONAGA |

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
HARY SARDINAS
2100 NE 164 Street
North Miami Beach, FL 33162

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **September 3, 2015**



Steven M. Larimore
Clerk of Court

SUMMONS

s/Ahlai Israel
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 15-23337 CV

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Hary Sardinas

was received by me on *(date)* 1/11/2016

☐ I personally served the summons on the individual at *(place)* 405 NW 121 ST
   Miami FL  on *(date)* 1/11/2016 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
   _____, a person of suitable age and discretion who resides there,
   on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
   designated by law to accept service of process on behalf of *(name of organization)*
   _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☒ Other *(specify)*: Knock on gate, Call out Loud his name, a lady (Ms Sardinas) while, short black hair, looked through the door window, but Refused to open door. I Announced my self and left documents at gate.

My fees are $ 20.00 for travel and $ 20.00 for services, for a total of $ 40.00

I declare under penalty of perjury that this information is true.

Date: 1/15/2016

_____
Server's signature

Frank Ayllon
Printed name and title

3009 Biscayne Blvd. Miami, FL
Server's address

Additional information regarding attempted service, etc: