UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-23337-CIV-ALTONAGA

ISAAC DIAZ,

    Plaintiff,
v.

NAUTICA TRANSPORT, INC.
and HARY SARDINAS,

    Defendants.
_____/

## DEFENDANTS MOTION FOR TIME TO MOVE TO DISMISS ACTION

Defendants, Nautica Transport, Inc. and Hary Sardinas, who have not been served in this action, move for time to file a motion to dismiss this lawsuit for insufficient process and insufficient service of process, and as grounds they say:

Defendants have never been served a summons and complaint in this Fair Labor Standards Act lawsuit. They became aware of this FLSA action from lawyer advertising solicitations advising them that the complaint was filed against them.

After checking the docket recently, Defendants realized that Plaintiff was asserting that they were served by substitute service on January 11, 2016. The twenty-one days to respond from the incorrect proofs of service ran yesterday. Defendants retained the undersigned today. Defendants file this motion to avoid an erroneous default from being entered. Undersigned Counsel needs to February 16, 2016 to file Defendants motions to dismiss with the appropriate exhibits and affidavits.

WHEREFORE, Defendants respectfully request that the Court provide Defendants to February 16, 2016 to file the appropriate motion to dismiss.

Respectfully submitted,

BY:   /s/ Paul F. Penichet
Paul F. Penichet
FBN: 0899380
paul@penichetlaw.com
PENICHET LAW
9655 South Dixie Highway
Suite 310
Miami, FL 33156
Tel:(305) 373-8809
Fax:(305) 373-8810
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served via ECM/electronic mail on February 2, 2016 on all counsel or parties of record on the Service List below.

By: /s/ Paul F. Penichet
Paul F. Penichet
FBN: 0899380

## SERVICE LIST

J.H. Zidell, Esq.
Attorney for Plaintiff
J.H. Zidell, P.A.
300 71st Street, #605
Miami Beach Florida 33141
Tel. (305) 865-6766
zabogado@aol.com